UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ANNA PELCZARSKA,

                   Plaintiff,

    -against-

ARHAUS, LLC,

                   Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7735 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 18, 2022, I held a telephonic status conference in the above-captioned matter. The Parties are hereby ordered to brief whether supplemental jurisdiction exists, pursuant to 28 U.S.C. § 1367, over Plaintiff's claims contained in Counts III and IV of the Amended Complaint. The parties' briefing shall be confined to that issue.

        Defendant's filing is due March 11, 2022; Plaintiff's opposition is due March 25, 2022; Defendant's reply is due April 1, 2022.

        SO ORDERED.

Dated:    February 18, 2022                /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                United States District Judge